PD-1372-15

PD-1372-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/21/2015 2:45:56 PM
Accepted 10/21/2015 3:45:47 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS
### NO. _____

**RODNEY CARNELL MAYS**

Appellant,

V.

**THE STATE OF TEXAS**

On Appeal from the
County Criminal Court No. 7
Harris County, Texas;
Trial Cause Number 1875634

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

RODNEY CARNELL MAYS, Petitioner in the above cause number, would respectfully request this Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Mr. Mays would show unto the Court the following:

### I.

This appeal lies from Mr. Mays' conviction in *The State of Texas v. Rodney Carnell Mays,* Cause Number 1875634 in the County Criminal Court Number 7 of Harris County, Texas. Mr. Mays was charged with misdemeanor assault on a family member. Mr. Mays was convicted by the court and sentenced to fifty-six (56) days in the Harris County Jail. Mr. Mays' conviction was affirmed on October 13, 2015, by the First

Court of Appeals in Cause No. 01-13-00805-CR. Mr. Mays' Petition for Discretionary Review is due November 12, 2015. This is Mr. Mays' first request for an extension to file the petition for discretionary review.

## II.

Mr. Mays' attorney of record, Daucie Schindler, is requesting an extension of time in order to further evaluate the complex issues involved in the case. An extension of time is necessary so that the petition for discretionary review can be timely filed and undersigned counsel can properly consult with Mr. Mays. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for thirty days and extend the time for filing the petition until December 12, 2015.

Respectfully submitted,

Alexander Bunin
Chief Public Defender


/s/ Daucie Schindler
Daucie Schindler
State Bar No. 24013495
Harris County
Public Defender's Office
Assistant Public Defender
1201 Franklin 13th Floor
Houston, Texas 77002
Daucie.Schindler@pdo.hctx.net
Tel: 713-368-0016
Fax: 713-368-9278


# CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day electronically served on the Appellate Division of the Harris County District Attorney's Office and also on the office of the State Prosecuting Attorney on October 21, 2015.


/s/ Daucie Schindler
Daucie Schindler